## WILLIAM WILKINS *versus* ROBERT ABBOTT

JOURNAL ENTRIES (1817–18): *Journal 2:* (1) Recognizance *p. 537; (2) rule to plead *p. 586; (3) rule to plead *p. 595; (4) jury trial, verdict, judgment *p. 604.

PAPERS IN FILE: (1) Precipe for process; (2) capias and return; (3) declaration; (4) plea of non assumpsit; (5) plea of non assumpsit; (6–7) subpoenas; (8) verdict; (9) writ of execution and return; (10) precipe for execution fi. fa.; (11) promissory note.

*Office Docket*, MS p. 51, c. 1.